UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

BRIAN SHANE CALDWELL )
)
    *Petitioner*, )
)
v. ) No. 3:05-cv-200
) *Phillips*
)
VIRGINIA LEWIS, Warden )
)
    *Respondent*. )

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the respondent's motion to dismiss is **GRANTED**. The petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED WITH PREJUDICE**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **E N T E R:**

                                                      s/ Thomas W. Phillips
                                                United States District Judge